UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 06-60047-CR-MARTINEZ

UNITED STATES OF AMERICA,

  Plaintiff,

vs.

MICHAEL CATES,

  Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court upon the Report and Recommendations on Counsel's CJA Voucher Request (D.E. No. 250) issued by United States Magistrate Judge Jonathan Goodman, on November 5, 2014. The Report and Recommendation recommends to this Court, that counsel Marc Seitles, Esquire be paid **$7,672.94** as fair and final compensation for his work on this case. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's notice of agreement with report and recommendations of Magistrate Judge Goodman. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation (D.E. No. 250) is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this ___17__ day of November, 2014.

                 _____
                 JOSE E. MARTINEZ
                 UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
Marc David Seitles, Esq
Lucy Lara, CJA Administrator